**STATEMENT OF OFFENSE**

On March 12, 2025, at approximately 4:05 pm, members of the Metropolitan Police Department's ("MPD") Seventh District Special Missions Unit ("SMU") responded to the 2800 block of Alabama avenue Southeast for information they had received from the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") regarding firearms inside a gray Kia Optima that was parked in a Safeway parking lot. SMU members were in full uniform in a fully marked cruiser.

Specifically, when SMU members drove into the Safeway parking lot looking for the Kia, they observed multiple individuals near the gray Kia. One of the individuals, later identified as Charles WASHINGTON, was leaning on the Kia and as MPD Officers arrived, WASHINGTON took off running.

Officers observed that WASHINGTON was grabbing at his waist and holding his waistband. Officers observed that WASHINGTON was not wearing baggy pants; rather, he was wearing skinny jeans. From your affiant's training and experience, such behavior is consistent with an individual fleeing with a firearm located in their waistband.

WASHINGTON fled across the roadway through heavy traffic and toward the 2200 block of Town Center Drive Southeast. Officers observed WASHINGTON stop running and hunch over a sewer drain, appearing to toss an object into a sewer drain, and then continue running. Officers observed that WASHINGTON was no longer holding his waistband after discarding the object into the drain. Shortly after discarding the item into the drain, WASHINGTON tripped, and officers stopped and detained him.



*Figure 1: Map of Area that Shows Safeway*

Officers went to the sewer drain, lifted the manhole cover, and saw a black gun protruding through leaves in the sewer.



*Figure 2: Image of Sewer (Circle Around Gun Protruding)*



*Figure 3: Close up Image of Gun Protruding*

Once Officers located the firearm, members of the Department of Forensic Sciences ("DFS") arrived assisted in the recovery of the firearm from the inside of the sewer. That gun, shown below in Figure 4, was identified as a privately made firearm with a Polymer 80 frame, with an attached Glock 23 slide and barrel, bearing Serial number BZNF135. Your affiant understands that such a firearm is referred to as a "ghost gun." The firearm was equipped with a magazine capable of holding thirteen (13) .40 caliber cartridges. The firearm was loaded with one (1) .40 caliber cartridge in the chamber and twelve (12) .40 caliber cartridges in the magazine.

Your affiant is aware no ammunition is manufactured within the District of Columbia and therefore the recovered ammunition traveled in and affected interstate commerce.



*Figure 4: Image of Gun*



*Figure 5: Image of Ammunition*

WASHINGTON was arrested in connection with his possession of the above-referenced gun and then transported to MPD's Seventh District for processing.

While certain officers were pursuing WASHINGTON on foot, other officers remained at the Kia. An MPD K9 unit arrived and conducted an open-air sniff of the car, which yielded a positive indication for the presence of smokeless gunpowder. Upon a search of the car, officers found a baggy holding approximately 58 grams of a white rocklike substance and field tested positive for cocaine, a Schedule II controlled substance. At the time of the submission of this Affidavit, your affiant is aware formal drug testing has not yet been performed on the suspected cocaine base. Given your affiant's training, the amount of suspected cocaine base recovered is more consistent with distribution than personal use.

WASHINGTON's identity was confirmed DOB: 01/22/1992, through a WALES/NCIC check. WASHINGTON was previously convicted under 2019 CF2 014412 as guilty of: Unlawful Possession of a firearm; and convicted under PWG-8-17-CR-00555-001 of 18 U.S.C. 922(g)(1), Felon in Possession of Firearm and Ammunition on 7/16/2017 and sentenced to thirteen months of imprisonment. Accordingly, WASHINGTON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed this firearm and ammunition. Officers determined that WASHINGTON did not have a license to carry or own a gun in Washington, D.C.

                                                                                                        Respectfully Submitted



Officer Matthew Zumbrun

Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 13, 2025.

HONORABLE G. MICHAEL HARVEY

UNITED STATES MAGISTRATE JUDGE